**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WALLBOARD, INC., | **CIVIL NO. 06-2352 (RHK/AJB)** |
| Plaintiff, | |
| vs. | **ORDER** |
| MERRIMAC CONSTRUCTION COMPANY, INC., a Minnesota corporation, STUCCO 1, INC. OF MINNESOTA, a Minnesota corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation (BOND NO. 104298991), | |
| Defendants. | |

---

Based upon the Notice of Dismissal of Claims with Prejudice dated August 22, 2006, submitted by Plaintiff Wallboard, Inc., the only appearing party in the action, the Court finds that there is no just reason for delaying entry of judgment herein.

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorneys fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:     8/23/06

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge